# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON,
F/K/A THE BANK OF NEW YORK AS
TRUSTEE FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS OF THE
CWALT, INC., ALTERNATIVE LOAN
TRUST 2004-8CB, MORTGAGE PASS
THROUGH CERTIFICATES SERIES
2004-8CB,

Appellant,

vs.

PAUL PAWLIK,

Respondent.

No. 76081

FILED

NOV 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Nancy L. Allf, District Judge
     Akerman LLP/Las Vegas
     Noggle Law PLLC
     Eighth District Court Clerk

18-903996